UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.                                                   Honorable Sean F. Cox

Antonio Hill,                             Cr. Case No. 08-30438

    Defendant.
_____/

## **ORDER**

This matter is currently before the Court on the Government's motion for review of Magistrate Judge Steven Pepe's Order Setting Conditions of Release for Defendant. As stated on the record on October 24, 2008, this Court does not believe that the Government has met its burden of establishing by clear and convincing evidence that there is no condition, or combination of conditions, that will assure the safety of the community. Nevertheless, the Court concludes, after considering the applicable factors under 18 U.S.C. § 3142(g), such as Defendant's criminal history, that a firearm is involved, and that Defendant was on probation at the time of arrest, that the conditions of release shall also include the posting of a $10,000.000 secured bond.

    **IT IS SO ORDERED.**

                              S/Sean F. Cox
                              Sean F. Cox
                              United States District Judge

Dated: October 24, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 24, 2008, by electronic and/or ordinary mail.

S/Jennifer Hernandez  
Case Manager